[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any party (that is, without an attorney). **Please PRINT legibly**

18CV5344
JUDGE BUCKLO
MAG. JUDGE VALDEZ

Case Title: _____  C _____

An appearance is hereby filed by the undersigned as a pro se litigant:

**FILED**

AUG 06 2018 

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Name: Dan T. Evans

Street Address: 3015 19th Place  60064

City/State/Zip: North Chicago, ILL 60064

Phone Number: 815 651 7998

_Don T Evans_
Signature

8/6/18
Executed on (date)

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]