EC

FILED

JAN 28 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOISE

JUDGE ROBERT BLAKEY
CASE NUMBER : 18 CV 5344

CASE TITLE DAN Evans vs Nation STAR
MORTGAGE, CHAMPION MORTGAGE & CITY
OF ELGIN, IL etc.

# AMENDANT COMPlaint

Plaintiff Dan T Evans responding to the
City of Elgin mohon to dismis Case 18CV5344.
In my response I will include enthties I
believe here aided. Abetted assisted Nation Star
Mortgage / Champion Mortgage in their desire
to remove me from the home I resided in at
706 Douglas AV Elgin IL.

Adella Bedwell previous owner of 706 Douglas
avenue past away in 2016 at age 99 years. I
am proud to have known her for 15 years.

The Water dept., and City are located in
the Same building the post office is located next
door, the police station is located across the
Street of these buildings. A ifew months after
Adellas death I stopped recieving mail, long Stretches
of time would past before mail would come
months and usually when it come it was
for some previous renter that had lived at
706 Douglas years prior.
I want to the post office on Several occasions

2

inquiring about my Mail. They said nothing has Changed in their records. As a result it didn't get bills sent to me. Therefore I was late paying all my bills. Then the water was being turned off. After paying the water bill the water would only trickle out. It become difficult for me to bath, Shower, wash dishes, Clean because for more than a year the water only trickled out the faucets.

The City/Water Company leaked across the hall from each other refused to put the water bill in my name and refused to mail me the water bill Stating I wasn't the owner. Which would be the bank at this time I would have to estimate when the water bill was due. This Cause pipes in the basement to freeze and burst which I had to repair. After Speaking with the City well over a year with No results I finally Spoke with a manager down there who said he Could send the water bill to me "In Care of Don Evans" along with Angela Bedwells none on the bill!

To this day I don't Know who angela bedwell is. I found out its a women that lives in Aurora so why were they sending the water bill to her. I've renting Adelha Bedwell and her family for over 15 years never a mention of Angela Bedwell

See Exhibit K Angela Bedwell waterbill

3

The water dept come to the house a few times said they had done different repairs, the water condition remaid the Some only trickled out, the mail remained the Same nothing coming to the house for months at a time.

In march 2017 Adella Bedwell became Ill she was the strongest women I've ever known, I had power of Attorney of her After a week or so the hospital placed her in the Nursing home after I pleaded with the doctors just allow her to stay in the hospital for one more week until the Antibiotics Clear her body of the infection. I knew from two prior experience that if they sent her to the nursing home. I would have to fight to get her home. Also be accused of all sorts of crimes. This accurred 10yers prior and 5 years ago. I would be accused of Elderly neglect, threated that if I removed her I would be charged and sent to jail.

This last time the police were called they kind of demanded I place her on hospice If I wont her home with the understando I Could eliminate hospice at my discretion. Adella was already recovering and getting better by her second day home. She was already complaining about the strangers coming in and out of the house that it was placing she stress on her, that She didn't need hospice. I called

4

ended hospice on her third day home.
A Senior Service lady along with
the police come to the house that day
She asked if I ended hospice I said
Yes we have a coretaker and I
do have that option. I allowed them
to visit adella in her room. They
returned the next day broke down the
door took Adella I never saw her
again. Diana Law was payed $5,400. for
her Services. taking Adella

They also took many Valuables from the
house I could only watch as Adella
Screamed my name where is my grandson
Don over and over dont let them take
me. I never saw her again. No one
would give me her location The
police, the nursery home, or Senior
Sorvices

Elgin police dept. I first spoke with a
dekctive Zeigler. I explained all that had
taken place. I dont believe they had a
legal right to take her. Dektctive Zeigler
Stated that he would look into it. I
also explained that I believed that some
one was entering the house looking around
he stated that it Could be the police
because your under investigation.
He also Stated that he's doing a
investigation. That he would be in
touch with me Soon. I Said
what investigation he Stated that I

was and investigation by him
for elderly abuse or elderly neglect.
He went on to say you don't belong
in this house its in for clouser. He
and other officers would call me by
phone telling me their investigation is
done I need to go down to the police
Station for questioning - Then detective
Ziegler called a few weeks later
Saying your Adella is dead. Know
we really really need to talk to you.
The police started coming to the house
a couple times in August of 2017 I
belive It would be 7 or 8 policemen
with the house surrounded. Banging
and the door. Saying their not leaving
until I come outside and go to
the police station with them. On
the last occassion I peaked out the
Curtains It was detective Ziegler
with a plain clothes men along with
7 or 8 other officers. I eventually
opened only the door but left the
Screen door Steel door locked. I
answered all his questions. after Sew
drilling questions from the detective
I asked then to get me a lawyer I
didn't know what else he wanted
from me I had answered all
his questions He and the other men
left and never returned.
I also went to these detectives

6

because after Senior Services took
Adella from the house. For many months
after I would come home from work
to find latex gloves lying in different
parts of the house this kept me uneasy
I told detective Zeglos this his reply
was "Sometimes when they conduct their
investigation they sometimes re-enter the
home until their investigation is finished.
this kept me on edge. It became difficult
to sleep. I felt someone was trying to
scare me out of the home. Because
nothing was ever taken

On several occassions I went to
the city of elgin regarding the placards
on the windows. I wanted to find out
if I could pay the $50.00 rental
licence fee I spoke with the lady
Supervisor each time I went

that I had until June 12th 2018 to leave or the sheriff would physically remove me. She said I have no right to be their Its also the reason for your water issue.

Corrington real Estates Company These people had come to the house many times to talk and ask alot of questions What Cars do I own in the driveway how long have I live there etc. They came around 8 or 9 times Sometimes I would see the RealEstate lady parked one block from the house. Also the neighbors would tell me that the Police would be walking around the yard looking around.

OK on april 17, 2018 I got a call from Corrington real Estate ageney from a women. She said Dan I know your going to Court with the bank. She stated that the bank isn't going to pursue you anymore them going to use the City to remove you by not paying them rental licrence. that's at a about

This con be seen with the bank not showing up for Court in Geneva, IL The last two Court dates

Adella Bedwell had been renting rooms for 30 years 5 and 6 men at a time according to her. I didnt arrived there until 2005. Adella Bedwell had been one of the oil executives in her day. She was well organized in her file Cabinet. She Kept all these Complaints from the City of Elgin The City Complained about the Color she painted the house, how high the grass grow, pavement texture of the drive way, What doors she con replace, on the house the brand of gate that can be use etc etc on and on dated back to the early 1990s. Many Complaints, many violation Codes. Not one of the Codes nor any Code in past required Adella Bedwell to obtain a rental licence. The City, the police, all her neihbors Knew she rented rooms. The police Knew because Some of the renters Where arrested right at the house

Or arrested for Stealing from
Adella Bedwell, The City Knew
Just by the number of cars in the
drive way or the light or Water usage.
6 months before she past away she
moved 2 Brothers into the home against
my advice because one was on heroin -
I had to go out out town for 3
days. They stole $1800 out of her purse while
She Slept She Called me home from out of
town. They Were trying to Say "she 98 years
old Don she just forgot Where she put it."
She look at me and I looked at her
Knowingly that she I been there with her
for over 10 years and she has never
lost a dime. I put them both out
the police where called they agreed
to leave if we give them their belong.
Their again the police Said Stop renting
out yours house and this wouldn't
happen.

10

There are letters to Adella
Bedwell from the City of Elgin. The
letters that were in her possesion.
in her file Cabinet Im Sure this
would have been all the letters sent
to her by the City of Elgin. I have
including as Exhibit A. The house
at 706 Douglas Av Elgin, Il had alot
of issues which Adella Bedwell had to
correct. Obtaining a rental licience to
house her many tenants wasn't one of them.

The rental licience was a strakgy to
remove me from the home as Stated by
the Women that called me from Corringtons
Real estate company on April 17, 2018.
To this day I dont know how she got my
phone number. To help and assist the bank
was the city of Elgin primary aim.

Before I move on to say what Im
about to accuss the City of Elgin of. I first
must apologize to those good folks that do
good things. that would rather do right than
Wrong such as my self.

Adella Bedwell who I loved like a Grandmother, I never thought I would clean some ones behind but I did for her. She was white she had no problems with presenting a renters licence. No one ever inquired about it. in 30 years. Here I am living there alone paying the Bills, keeping up with 1/2 acher of yard, not being a nuisance, only having one girl friend over, no friends over requesting the bank to pay rent. I feel color may have been an issue. also being the only black person in the neighborhood does stick out.

The Rental licence was a catch 22 the City of Elgin was aware that I couldnt pay the rental licence. That would have to be done by the bank. The rental licence is only $50.00. I tried to pay it several times. the City wouldnt allow it also being Well aware I had been going to Court for nearly a year with the bank

I Im black I asked many times at the Geneva Court house for the bank to rent to me. The banks Attorneys only words were. are you ready to Sign over possesion the the house. They want you out Period. I was born here, Im a christian, Im not disabled, Im not a homosexual, I was working. Im not saying there is something wrong with someone who is the oppossite of me. I am black and Adella Bedwell Who everyone thought was my Grand mother was white. There was no mention of a rental licience the 30 years Adella lived there.

Even though police have been to the house many times over the years about her tenants, though she's gone to Court many times to remove tenants, City inspectors inspected the house many times aware that she had tenants without giving her a violation notice

If the City of Elgin hasn't
Violated my rights in its
Entirety. It should be held re-
Sponsible and liable for its involve-
ment in assisting, Aiding, Abbing
the & Nations tor Bank.

I Wont to include that the judges
& lawyers in Geneva, IL Court house
were rude, mean, an overall tried to
deter me from moving forward with
this Case. The judges told me my case
had no merits, yelled it. the prosecutors
laughed to my face in front of the judges.
I Knew I would receive no justice in
that Geneva Court.

Senior Services im not sure if
they work for the City took Adella
Bedwell from me only after I retrieved
her from the Nursery home after 2 days
Saying I neglected her → In 2 days
I neglected her how do you neglect
someone in 2 days because we didnt
Wont the hospic. I must add I
lived with her nearly 15 years
She was like the mother I didnt
have. The Senior Service Lady who
did this or orcastrated it got paid
$5,800. No one would give me her location
the Courts, police, Senior Services etc.
They Said I wasnt a famly member
Are they Kidding She was affraid of
her own Kids and grandkids I was
the only poner standing in their way
trying to place her in a nursery home
Years before, then taking her accets.

Today I dont Know where
her lifeless body is

Giving my highest respect to the Courts, I am not a very good writter I do hope that this responding motion 18CV5344 ~~case~~ is more leginable than the previous.

Thank You
Dan Evans

1/10 I just wanted to add that with the stress an intimidation from the City, the police, Carrington real estate company also with someone constantly entering the house the garage. the garage door opener being removed from the kitchen drawer. the garage being constantly left open and vandalized, rubber gloves being left throughout the house. To tell the truth I was plain scared to sleep at night I slept with a hammer & Knife each night I never owned a firearm if I had I would have slept with it too. With all this taking place I still refused to move unless a judge ordered me to. I was loyal to Adella Bidwell, I know how much effort she put into the house and I appreciated living there. No one was going to scare me out.

1) Adella Bedwell rented rooms for over 25 years the city never required her to get a rental licence.

2) The City of Elgin Aided and abetted Nation Star bank in their efforts to remove me from 706 Douglas AV Elgin IL.

3) To assist Nation Star Mortgage in depriving me of my due process of law. Things in the house given to me by Adella Bedwell and her family

4) assisted The City of Elgin assisted Nation Star Mortgage so they wouldn't have to go to Court to remove me in lawful fashion.

5) The City of Elgin placarded the home put other antimatery letter on the windows so that Nation Star bank wouldn't have to go to Court to perfect the eviction process

6) Adella Bedwell rented rooms for 25 years white women I am a black man why is it know required that their be a retal licence Adella Bedwell never had one.

7) The attorney for the City states on page 3 second paragraph there is no allegations that the building was condemned or the City violated any Statutory or other duty to plantiff.
   look at Condenation notice Exhibit 46 It starts of saying This dwelling unit will be condemed pursuant to Section PM-108.1.4

See again Exhibit 47. Starts off
by saying in paragraph 1 In accordance
accordance with Chapter 16.12 section pm-
108.1.4 of international property Maintenance
Code, the Structure of the premesis referenced
above is being Condened as unlawful:
The inference to draw from that is that
if I wasn't Condemed you were heading
in that direction. Exhibit 48 unlawful Structure

The judge in Geneva, IL at my
last Court appearance dropped the case
against me. But prior to that the baliff
asked has the bank been in Contact with
you he told the judge we should
Call them she went to her Chambers
I Could see that She was on the phone
she Come out Said do you still live
their I Said yes she gave me a
funny look then Said Case dismissed
unbeknown to me because it had
Spent the night with a women friend
the night before that the doors were
already changed that judge Knew that
and that why they the bank didn't
go to Court. A judge would
never Call me to see if I were
Coming to Court No my Case would
just be thrown out. It was not
getting or going to get or will
get any relief from Geneva Court
house. I trully believe their is

Much discrimination there. This is why My Case is here where I feel there will be Some equality.

Also I had approximately 50 other violation papers I Submitted to the Courts from the City of Elgin to the Courts in my initial complaint I Cont find those papers on the Courts Website. I know Judge Blakey ordered those papers destroy but they Should Still be in the Court dockets. but they are not.

Exhibit 60 picture of the house

Don Evens
1/28/20



# ELGIN
**THE CITY IN THE SUBURBS**

Exhibit 47

April 9, 2018

NATIONSTAR MORTGAGE, LLC.
D/B/A CHAMPION MORTGAGE CO.
8950 CYPRESS WATERS BOULEVARD
COPPELL TX 75019

**9171 9690 0935 0000 1832 05**

**CASE NUMBER: 18-00000333**
**Condemnation of Unlawful Structure at: 706 DOUGLAS AVE**

TO: NATIONSTAR MORTGAGE, LLC.

In accordance with Chapter 16.12, Section PM-108.1.4 of the International Property Maintenance Code, the structure on the premises referenced above is being condemned as unlawful. The International Property Maintenance Code authorizes a structure to be condemned as unlawful when it is found in whole or part to be occupied by more persons than permitted under the code, or was erected, altered or occupied contrary to law.

An inspection of the premises was conducted on **04/09/2018**. The violations of the International Property Maintenance Code and any other provisions of the Elgin Municipal Code identified during that inspection are listed on the attachment to this letter.

Should you fail to correct the code violations specified on the enclosed attachment before **June 08, 2018**, the City will post the premises with a placard declaring it condemned. Section Pm-108.5 of the Elgin Property Maintenance Code states that any person occupying a placarded premise shall be fined $50.00 to $500.00 for each violation of the placarding order.

If you have any questions regarding this matter, please contact me at (847) 931-5629.

The owner of the property has the right to appeal this determination. Please review Chapter 16.12 of the Elgin Municipal Code to ensure you have a complete understanding of the responsibility and rights afforded by this ordinance. The entire municipal code is available at the city's website.

**TÉCNICO/A BILINGÜE EN EJECUCIÓN DE CÓDIGOS. El/la Técnico/a de Ejecución de Códigos de la Ciudad de Elgin está disponible para asistir a dueños de propiedades en traducir las noticias y documentos de la ciudad y en comunicarse con los miembros del Departamento de Administración de Código y Servicios de Desarrollo. Contactar a traductor al (847) 321-0518 para tal asistencia.**

Sincerely,
CITY OF ELGIN, DEPARTMENT OF CODE ADMINISTRATION

VINCENT CUCHETTO
Code Enforcement Manager

```
CASE NUMBER        18-00000333
PROPERTY ADDRESS   706 DOUGLAS AVE

------------------------------------------------------------------
  VIOLATION: AWP-108.1.4                    QUANTITY:        1
DESCRIPTION: UNLAWFUL STRUCTURE             DATE:     4/09/18
  LOCATION:
```

NARRATIVE :
Failure to obtain a rental license.  The property has been
posted with a 60 DAY NOTICE TO VACATE and the property shall
be condemned as UNLAWFUL if not in compliance by the date on
this letter.

ORDINANCE DESCRIPTION :
------------------------------------------------------------------
An unlawful structure is one found in whole or in part to be
occupied by more persons than permitted under this code, or
was erected, altered or occupied contrary to law.

CORRECTIVE ACTION REQUIRED :

*Friday on back door*



**THE CITY IN THE SUBURBS**

*Exhibit 4b*

### CONDEMNATION NOTICE

May 29, 2018

NATIONSTAR MORTGAGE, LLC.
D/B/A CHAMPION MORTGAGE CO.
8950 CYPRESS WATERS BOULEVARD
COPPELL TX 75019

**9171 9690 0935 0000 1851 62**

**CASE NUMBER: 18-00000333**
**PROPERTY LOCATION: 706 DOUGLAS AVE**

TO: Current Occupants

This dwelling unit will be condemned pursuant to Section PM-108.1.4 of the International Property Maintenance Code adopted by the City of Elgin. If the property owner has not corrected the violations cited as the cause for this condemnation by **June 12, 2018**, each dwelling unit in the property will be placarded.

Please be advised that it is illegal to occupy any premises that has been condemned and placarded. Therefore, when the placard is posted, no one will be allowed to continue occupying this dwelling unit. Anyone who does not comply with this order is subject to the penalties provided by law.

The owner of the property has the right to appeal this determination. Please review Chapter 16.12 of the Elgin Municipal Code to ensure you have a complete understanding of the responsibility and rights afforded by this ordinance. The entire municipal code is available at the city's website.

Si no comprende el contenido y los requisitos de esta carta, por favor pongase en contacto a nuestra oficina al (847) 931-5921) y alguien le asistira en la traduccion de la carta.

If you should have any questions regarding this matter, please contact me at (847) 931-5629.

Sincerely,

CITY OF ELGIN

David Koski
Code Enforcement Officer
DEPARTMENT OF CODE ADMINISTRATION

Code Enforcement Manager
DEPARTMENT OF CODE ADMINISTRATION

☐ Police  ☒ Code  ☐ _____  Report # _18-333_  ☐ WARNING CITATION

CITY OF ELGIN, A MUNICIPAL CORPORATION, PETITIONER, vs.

_National Mortgage, LLC DBA Champion Mortgage Co._
RESPONDENT. (Name - Last, First, Middle)

DOB ___/___/___ Sex ___ Race ___ Ht ___'___" Wt ___ Hair ___ Eyes ___

DL# _____ State _____ Exp _____

_8950 Cypress Waters Boulevard_
(Respondent's Address)

_Irving_  TX / _75019_
(City)                              (State)  (Zip)

Violation Date _N_/_9_/_18_ at _10_ : _28_ (AM) PM

Violation Address: _The Douglas Avenue_

Vehicle Year _____ Make _____ Model _____ Color _____

License Plate # _____ State _____ Exp. _____

THE COMPLAINANT, on oath or affirmation at the aforementioned time, date, and location witnessed a violation of Elgin City Code in that the respondent violated ordinance number

_16.12.016_  _18.1.4  Failure to maintain rental_
Ordinance Number          Ordinance Description   _License_

In that the respondent:

_Rental License not maintained after_
_proper notice_

Complainant (if other than officer) _____

☒ If this box is marked, Respondent may pay a fine in lieu of appearing in the amount of $ _50.00_, as provided by the Elgin City Ordinance, or appear at the hearing date below. If you appear at the hearing and are found not liable fines or costs will not be assessed; **or** you may be found liable and a fine greater than the above amount may be imposed depending on the applicable provisions. See reverse side payment provisions.
☐ If this box is marked, **the Respondent MUST appear for the hearing scheduled below.**

**Method Served**
☐ On Respondent - Signature Needed _____

☒ Mailed - Address Needed _8950 Cypress Waters Boulevard_

☐ Posted on Property – Address Needed _____

**Hearing is scheduled on:** _5_/_4_/_18_ at _9:00_ (AM) PM

Adjudication hearing held at 150 Dexter Court, Elgin, Illinois in the 2nd floor hearing room

Signature _____ Badge _38_ Date _4_/_9_/_18_

VIOLATOR COPY

Exhibit #8

# CITY OF ELGIN
# CONDEMNATION

# CIUDAD DE ELGIN
# CONDENADO

## UNFIT FOR HUMAN OCCUPANCY

The City of Elgin has determined this structure is unsafe, unlawful, or because of the degree to which the structure is in disrepair or lacks maintenance, is unsanitary, vermin or rat infested, contains filth and contamination, or lacks ventilation, illumination, sanitary, or heating facilities or other essential equipment required by the Property Maintenance Code, or because the location of the structure constitutes a hazard to the occupants of the structure or to the public.

☐

## UNSAFE STRUCTURE

The City of Elgin has determined this structure to be dangerous to the life, health, property or safety of the public or the occupants of this structure because it fails to provide the minimum safeguards to protect or warn occupants in the event of fire, or because the structure contains unsafe equipment or is so damaged, decayed, dilapidated, structurally unsafe, or of such faulty construction or unstable foundation, that partial or complete collapse is likely.

☐

## UNLAWFUL STRUCTURE

The City of Elgin has determined this structure to be in whole or in part occupied by more persons than permitted under the Property Maintenance Code, or was erected, altered, or occupied contrary to law.

☒

## DO NOT REMOVE THIS PLACARD

Any person occupying a placarded premises, or any owner or person responsible for the premises who shall let anyone occupy a placarded premises, or any person removing this placard from the premises, shall be punished by a fine not less than $50.00 no more than $500.00. Each day that the violation continues shall be deemed a separate offense.

☑

## INADECUADO PARA OCUPACIÓN HUMANA

La Ciudad de Elgin, ha determinado esta estructura insegura, ilegal, o por el grado del mal estado o falta de mantenimiento, es antihigiénica, infestada de bichos o ratones, contiene suciedad y contaminación, o falta de ventilación, iluminación, facilidades sanitarias o de calefacción u otro equipo esencial requerido por el Código de Mantenimiento de Propiedad, o porque el local de la estructura constituye un peligro para los ocupantes de la estructura o para el público.

## ESTRUCTURA PELIGROSA

La Ciudad de Elgin, ha determinado esta estructura ser peligrosa para la vida, salud, propiedad o seguridad del publico o de los ocupantes de ésta estructura porque falla en proveer los salvaguardias mínimos para proteger o alertar a los ocupantes en el evento de incendio, o porque la estructura contiene equipo peligroso o está demasiado dañada, deteriorada, desmoronada, estructuralmente peligrosa, o de tal concurrición defectuosa o fundación inestable, que colapso parcial o complete es probable.

## ESTRUCTURA ILEGAL

La Ciudad de Elgin ha determinado que esta estructura en su totalidad o en parte es ocupada por mas personas de lo permitido bajo el Codigo de Mantenimiento de Propiedad, o fue construida, alterada, o ocupada contrario a las leyes.

## NO REMOVER ESTE CARTEL

Cualquier persona ocupando una premisa cartelada, o cualquier dueño o persona responsable por las premisas quién permitirá a alguien ocupar una premisa cartelada, o cualquier persona removiendo este cartel de las premisas, será castigada con una multa de no menos de $50.00 y no más de $500.00. Cada día que la violación continue sera considerada una ofensa separada.

Inspector (PRINT):  Dave K

706 Douglas Ave

Date: 6/12/18



ELGIN 311



# NENA
## *Butterfly*
### ANN STREET-DOUGLAS AVENUE PARK
## *Garden*

# Gateway to Spring

## $35 / person
$15 / child under 15

**Get your tickets early at EventBrite:**
**gatewaytospring.eventbrite.com**

### SATURDAY, APRIL 28, 2018 • 7-10 PM

**at 1007 Douglas Avenue in the lovely**
**home of Alan Scimeca & Shelly Price**

## POTTERS!... a special family event

**April 21, 10AM-NOON • NENA Butterfly Garden (Douglas Ave & Ann St)**
**Pottery-making • Plant-potting • Crafts and Activities**
**Tour of our new woodland garden    ❧FREE❧**



## GARAGE SALE 2018

NENA is having its annual garage sale on Friday, June 22 and Saturday, June 23 from 9:00 a.m. to 4:00 p.m. on the southwest corner of Spring St. and Lincoln Ave. We ask NENA residents for donations. We can pick them up or they can be dropped off starting on June 4 at the site of the sale, 177 Lincoln Ave.

We accept furniture, small appliances, tools, toys, games, dishes and kitchenware, decorative items, pictures, linens, and clothes.

### WE DO NOT ACCEPT TELEVISIONS, COMPUTERS, OR MATTRESSES.

Volunteers work very hard setting up tents and tables, sorting and pricing items, and selling them during the garage sale. It is always challenging to find enough volunteers to help. We especially need people who own a truck to help us move donations and young, strong neighbors to help us set up the tents and tables. We will set up the evening of Wednesday, June 20, and we will be organizing and pricing all day on Thursday, June 21.

If you have questions, or would like to volunteer, call Ivonne Hopkins at 847-814-3345.

We hope to see you there to shop, look around, or just visit with neighbors.

### SAVE THE DATE
### FRI, JUNE 22 & SAT, JUNE 23, 2018
### SW CORNER OF SPRING & LINCOLN
### 9:00 A.M. TO 4:00 P.M.

### *Remember that one person's trash is someone else's treasure!*

# VISIT AND "LIKE" US ON FACEBOOK
# NORTHEAST NEIGHBORHOOD ASSOCIATION

## NENA MEETINGS · PLEASE JOIN US

The NENA Board meets monthly at 7 pm on the first Thursday of each month in the Wellness Room at the Centre of Elgin. Meetings are open to the public.

## SPRING/SUMMER EVENTS

**BUTTERFLY GARDEN FAMILY EVENT 4/21**
**GATEWAY TO SPRING GALA 4/28**
**MAYOR'S AWARDS 5/1**
**IFEST 5/5**
**MID-CENTURY BIKE TOUR 5/10**
**ELGIN FOX TROT 5/26**
**NENA GARAGE SALE 6/22 & 23**
**DENNIS JURS MEMORIAL BIKE RACE 7/22**
**NATIONAL NIGHT OUT 8/7**
**GPA HOUSE TOUR 9/8 & 9**
**ELGIN FRINGE FESTIVAL 9/14, 15 & 16**
**ELGIN SHORT FILM FEST 9/22**

## NENA BOARD & OFFICERS

**President**
K. Eric Larson          elarson75@msn.com

**Vice President**
Heike Spayne           eheike2day@hotmail.com

**Secretary**
Ivonne Hopkins-
McCormack             Ivonnehopkins03@gmail.com

**Treasurer**
Gail Cohen             gailc1160@gmail.com

**Board Members**
Jeff Gill              jeffreygill@sbcglobal.net
Christine Goetz        christineegoetz@gmail.com
Darlene Hulin          darlenium50@gmail.com
Kerry Kelly            kerinkelly@gmail.com
Brian Pinon            bpinon@pinonconsulting.com
Lisha Sanders          lmaliha@sbcglobal.net
Alan Scimeca           alanscimeca@gmail.com

**Resident Officer**
Heather Farrell        farrell_h@cityofelgin.org

## JOIN NENA ONLINE AT WWW.NENAOFELGIN.ORG

## NORTHEAST NEIGHBORHOOD ASSOCIATION VOLUNTEER & MEMBERSHIP FORM

**PO Box 1446**
**Elgin, IL 60121**
**Email: info@nenaofelgin.org**
**Web: www.nenaofelgin.org**

**NENA**

Name _____     Phone _____

Address _____     Email _____

I am interested in:          ___ Holiday Event          ___ Newsletter
___ Fundraising             ___ Neighborhood Safety    ___ Garage Sale
___ Butterfly Garden        ___ 4th of July Parade     ___ Neighborhood Beautification
___ Special Events          ___ Other _____

**Annual Memberships: $20 Household or Business / $10 Senior Citizens Household**
**Make check to NENA & mail to the PO box above. Thanks and welcome to NENA!**

General membership in NENA is free to anyone who lives or works in the neighborhood. Paid household or business memberships gives everyone over the age of 18 in that household or business the right to vote for directors and other issues at the annual membership meeting. Membership also helps cover the cost of our activities.

## FOLLOW US ON FACEBOOK · VISIT US AT WWW.NENAOFELGIN.ORG

## MAKING A DIFFERENCE TOGETHER

### RESIDENT OFFICER
### HEATHER FARRELL

# Pinwheels for Prevention

Hello from your Resident Officer Heather Farrell from Elgin Police Department's R.O.P.E. (Resident Officer Program of Elgin) Division at 310 N. Spring St.

April is Child Abuse Prevention Month. Elgin Police handles a number of domestic abuse situations in which abused or neglected children are found. Just like other crimes, the actual number is higher since many of these types of cases go unreported. Everyone plays a part in preventing child abuse, not just people who have kids or know kids.

It is a very sobering reality that children are being mistreated every day by adults who are meant to love and care for them. There are different types of child abuse and neglect, which may co-exist:

- Physical abuse - any injury like a bruise, burn, fracture, abdominal or head injury that cannot be explained

- Sexual abuse - nightmares, depression, unusual fears, attempts to run away, abdominal pain, bedwetting, urinary tract infection, genital pain or bleeding, sexually transmitted disease or extreme sexual behavior that seems inappropriate for the child's age

- Emotional/psychological abuse - sudden change in self-confidence, headaches or stomachaches with no medical cause, abnormal fears, increased nightmares or attempts to run away

- Child neglect - failure to gain weight (especially in infants), desperately affectionate behavior, voracious appetite and stealing food

Children who are abused are often afraid to complain because they are fearful that they will be blamed or that no one will believe them. Additionally, the person who abused them may be someone they love very much and want to protect. Parents or guardians are often unable to recognize symptoms of abuse because they may not want to face this reality.

These disruptions lead to negative, lifelong health consequences such as increased risk for heart disease, mental health issues and suicide. However, healthy relationships reduce social isolation and promote connectedness, providing a supportive presence for adults and children and helping to prevent adverse childhood experiences in the first place.

A pinwheel is the national symbol for child abuse and neglect prevention. The symbol was created by a grandmother who chose to include blue, representing the black-and-blue bruises she saw on her grandchildren. A pinwheel is also a hopeful, whimsical symbol that every child deserves a happy and safe childhood.

***What can you do?*** If you or someone you know suspects child abuse, the national hotline to Illinois DCFS (Department of Child and Family Services) is 1-800-25-ABUSE. It is anonymous and all tips and reports are fielded for follow up right away. It is important to take action early and help children and their families. Children should be safe. And beyond that, children should be nurtured. Plan to do activities that center around things to do as a family and things that build kids up. We have the power to change someone's life through our relationships. We can all take a part in making kids safe.

We at the Elgin Police Department get involved in youth programs because we believe nurturing kids is important too. Community policing integrates kids having positive role models to help them grow and kids flourishing to make for a prospering community.

***What's next? Support families and kids at every opportunity***
***What:*** Cop On Top
***Who:*** Our cops fundraising for Special Olympics of Illinois
***When:*** Friday, May 18th, 5:30am - 1:00pm
***Where:*** Dunkin Donuts, 95 Clocktower Plaza, Elgin, IL 60120



Lastly, a general reminder that you reporting activity is problem solving at its best. Report non-emergency issues to the Elgin Police non-emergency number at (847) 289-2700 anytime or 311 during regular business hours. You can send an email anytime to 311 at elgin311@cityofelgin.org. If it's an emergency, call 911.

### PLEASE DON'T HESITATE TO CONTACT ME DIRECTLY WITH ANY QUESTIONS OR CONCERNS. CALL OR TEXT ME AT 630-453-3461 OR EMAIL ME AT FARRELL_H@CITYOFELGIN.ORG

*Crime prevention can be improved one day at a time, so help us make our neighborhood safer.*

**ATTACHMENT**

Exhibit

September 27, 1995

Owner/Occupant:     Adella Bedwell
Violation Address: 706 Douglas Ave,
Case No:           94-00004554

## VIOLATION LIST

Pursuant to Chapter 16.48 of the Elgin Municipal Code, all inspections <u>after</u> the first re-inspection, which are required due to non-compliance, will be charged a re-inspection fee of $30. Failure to pay this fee will result in court action.

Section PM-111.0 of the BOCA Property Maintenance Code/1990 states that any person effected by any notice which has been issued in connection with the enforcement of any provision of this code or other applicable code, may appeal said notice to the Property Maintenance Board of Appeals. All appeals must be submitted, in writing, within 20 days of service of the notice. A hearing will be conducted at the next regularly scheduled Board meeting and a finding will be rendered within 7 days of the hearing.

-------------------------------------------------------------
A WRITTEN TIME EXTENSTION IS REQUIRED LISTING REQUESTED
REINSPECTION DATE, BEFORE REINSPECTION DUE DATE.
A CITATION AND COURT ACTION MUST BE STARTED, IF EXTENTION
REQUEST IS NOT RECEIVED BY REINSPECTION DUE DATE.
-------------------------------------------------------------
HOME HAS A LITTLE PEELING STAIN OR PAINT.
Section PM-302.5 of the BOCA Property Maintenance Code
requires all structures to be properly surface coated to
prevent the deterioration or decay of the structure.

1



**City of Elgin**
150 Dexter Court
Elgin, IL 60120
Dial 311-Outside Elgin(847)931-6001

EXHIBIT 2

### USAGE HISTORY



1 Hundred Cubic Feet = 748 Gallons

### ACCOUNT INFORMATION

| | |
|---|---|
| Account Number: | 1740-998 |
| Service Address: | 706 DOUGLAS AVE |
| Billing Date: | 11/20/18 |
| Due Date: | Upon Receipt |

### METER READ INFORMATION

| Service Period | No. of Days | Meter # | Meter Reading Previous | Current | Read Type | Usage |
|---|---|---|---|---|---|---|
| 10/08/18 to 11/06/18 | 29 | 35672909 | 831 | 835 | ESTIMATED | 4 |

### ACCOUNT SUMMARY

| | |
|---|---|
| **Previous Balance** | $551.20 |
| Adjustments | $2.43 |
| Previous Balance Due Upon Receipt | $553.63 |
| **Service:** | |
| Water | $15.08 |
| Water Availability | $9.18 |
| Sewer Maintenance | $6.72 |
| Sewer Trtmnt - Frwrd | $7.80 |
| Refuse Collection | $16.27 |
| Leaf Rakeout Program | $5.00 |
| **Current Charge** | $60.05 |
| **Total Due Upon Receipt** | $613.68 |
| **Total Due After 12/10/18** | $616.50 |

### MESSAGE BOARD

A PORTION OF YOUR BILL IS NOW PAST DUE. PLEASE SEND YOUR PAYMENT FOR THE PREVIOUS BALANCE IMMEDIATELY. FAILURE TO PAY WILL RESULT IN TERMINATION OF SERVICE. IF YOU HAVE SENT YOUR PAYMENT, PLEASE DISREGARD THIS NOTICE. SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR BILL, PLEASE CONTACT OUR OFFICE AT (847)931-5630. YOUR COOPERATION IS GREATLY APPRECIATED.

---

PREVIOUS BALANCE IS DUE UPON RECEIPT AND SUBJECT TO TERMINATION OF WATER SERVICE
RETURN BOTTOM PORTION WITH CHECK PAYABLE TO CITY OF ELGIN

---



**City of Elgin**
150 Dexter Court
Elgin, IL 60120

| | |
|---|---|
| **ACCOUNT NUMBER:** | 1740-998 |
| **SERVICE ADDRESS:** | 706 DOUGLAS AVE |
| **DUE DATE:** | Upon Receipt |
| **AMOUNT DUE:** | $613.68 |
| **AMOUNT PAID:** | |

EILI110A  SCH 5-DIGIT 60120
7000002362 00.0009.0018 2362/1



ANGELA BEDWELL
C/O DAN EVANS
706 DOUGLAS AVE
ELGIN IL 60120-3636

City of Elgin
P. O. Box 88025
Chicago IL 60680-1025

001740000998 000061368 5



City of Elgin

Exhibit #3

Mayor
Ed Schock

Council Members
Richard G. Dunne
Robert Gilliam
David J. Kaptain
John H. Prigge
F. John Steffen
Mike Warren

City Manager
Sean R. Stegall

March 12, 2010

Ms. Adella Bedwell
706 Douglas Avenue
Elgin, IL 60120

Re: Property Improvement Grant Program
Chain Link Fence Removal Grant / 706 Douglas Avenue

Dear Ms. Bedwell:

This letter is to inform you that the property at 706 Douglas Avenue has been chosen to receive funding from the 2010 Chain Link Fence Removal Grant. The City of Elgin is allocating a grant amount not to exceed $3,000 for this project.

An exterior inspection will be conducted by a Code Enforcement Officer for any property maintenance code violations on the property. If any code violations are cited, they will need to be corrected before final grant funds can be dispersed. Your presence is not required because the inspection will be strictly exterior and you have provided a signed inspection permission slip.

Enclosed, please find the grant agreement outlining the details of the program. After reviewing the agreement and if it meets your expectations, sign and return it to my attention. You have 30 days from the date of this letter. If the signed agreement is not returned within the required timeframe, the funding may be transferred to another project.

When the work has been completed, please contact me so a final inspection can be scheduled. Receipts and waivers of lien will need to be submitted before the funds can be disbursed. Checks are normally issued within 2 - 3 weeks after all paperwork has been received. Your deadline to complete the grant project is 12 months from the date of the signed agreement.

Congratulations on your entry into Elgin's Property Improvement Grant Program. Your commitment to your home, in partnership with the City of Elgin is something to be proud of. If you have any questions about your grant or the program in general, please contact me at (847) 931-6004.

Sincerely,

Jennifer Fritz-Williams
Historic Preservation Specialist
Planning and Neighborhood Services
Community Development Group

150 Dexter Court • Elgin, IL 60120-5555 • Phone 847/931-6100 • Fax 847/931-5610 • TDD 847/931-5616
www.cityofelgin.org
Printed on recycled paper



# Elgin

**CITY OF ELGIN**

**150 DEXTER COURT**

Exhibit 4

TELEPHONE 708/931-6100
FAX 708/931-5610

FOR HEARING IMPAIRED
TDD 708/931-5616

**ELGIN, ILLINOIS 60120-5555**

March 7, 1995

Adella Bedwell
706 Douglas Avenue
Elgin IL 60120

CASE NUMBER:        94-4554
PROPERTY LOCATION:  706 Douglas Avenue

Dear Mrs. Bedwell

Enclosed please find a application for appeal of the property
maintenance violations cited on the above property. Please
complete the application and return it to me as soon as
possible. Once the appeal application is received, you will be
notified of the date your appeal will be heard.

If you have any questions regarding the appeal process please
feel free to contact me at(708) 931-5932.

Sincerely,

Adam A. Garcia
Secretary
PROPERTY MAINTENANCE BOARD OF APPEALS
CITY OF ELGIN

Exhibit ~~5~~
5

CITY of ELGIN
150 DEXTER COURT
ELGIN ILLINOIS 60120-5555

708-931-5933

○ Printed On Recycled Paper

DEVE ESPINOSA
FLAE STOUNGE MATOZAMIRO
CUT THE DEPUTY OFFICER
MIM IN OF FILM ADMINISTRATION

Exhibit #2
6

# DEPARTMENT OF CODE ADMINISTRATION

## PROPERTY MAINTENANCE DIVISION

### APPLICATION FOR APPEAL

Please read before completing the attached application.

The petition for which you are about to make application is an administrative remedy available to any person affected by a notice served in connection with the enforcement of alleged applicable provisions of Elgin's **PROPERTY MAINTENANCE CODE**. That code requires that your "written petition requesting such hearing and containing a statement of the grounds there-fore" must be filed within twenty (20) days of the date the notice was served. The Code Official will schedule a hearing within ten (10) days of receiving the written petition. A decision will be rendered within seven (7) days of the hear-ing.

Before completing the petition you should consider just what remedy you are seeking, bearing in mind that **CODES ARE LAWS** enacted by the City Council, that neither the Code Official nor the Property Maintenance Board of Appeals has the author-ity to set aside. For this reason, cost of compliance is not, and cannot be a consideration in the appeal.

Interpretation of a code section can be obtained by a written request, rather than an appeal hearing. Requests for reason-able time extensions (in non life-threatening situations) when confirmed by substantiating data are routinely granted when such requests are submitted to the Division Manager in writing. However, in all requests for time extensions, the Code Official's decision will be conditioned by the following questions/principles:

1. Regardless of who created the code violations, do they exist on the appellant's property?

2. Are any of the violations life-threatening?

3. How long have the violations existed on the property?

4. How, and to what extent, are the occupants of the structure effected by the violations?

5. How, and to what extent, are the neighbors effected by the violations?



Exhibit 7

6. Does the property owner have a favorable past history of achieving compliance within extended time frames?

If you still want a hearing, you are directed by §PM-111.1 of the Property Maintenance Code to submit a statement of the grounds on which you seek the hearing. Remembering that neither the Code Official nor the Property Maintenance Board of Appeals has the authority to overturn laws enacted by the City Council, there can be only three possible grounds for appeal.

1. The intent of the code has been incorrectly interpreted. You should be aware that in controversial code interpretations the Code Official seeks out the opinions of other Code Officials and the staff of the Building Officials and Code Administrators International (BOCA) long before the hearing takes place.

2. The code has been incorrectly applied.

3. The code does not apply.

The Property Maintenance Code (§PM111.1) requires a written statement of the grounds for your appeal. Therefore, that section of the appeal application must be completed.

In the event your appeal is denied, you will be required to take corrective action immediately to remedy the condition(s) in the subject Notice of Violations. Failure to do so will result in legal action by the City, seeking fines and a court order requiring corrections.

Should you have any questions concerning the appeal application, they may be directed to the following:

H.C. Joel Webb, Code Official:    (708) 931-5930
Michael Millikan, Manager, Property Maintenance Division:
                                  (708) 931-5924

Exhibit
# 8

## DEPARTMENT OF CODE ADMINISTRATION

## PETITION FOR APPEAL

APPEAL NO.: PM_____          DATE FILED: _____

_____

1.  APPLICANT'S NAME: _____
                      Please type or print

2.  APPLICANT'S ADDRESS: _____
                         Number, Street

3.  APPLICANT'S TELEPHONE NUMBER: (___) _____

4.  SUBJECT OF APPEAL: _____
                       Address of property: number and street

5.  NAME OF OWNER: _____
                   Please type or print

6.  OWNER'S ADDRESS: _____
                     Number, Street, City, Zip

7.  RELATIONSHIP OF APPLICANT TO PROPERTY THAT IS THE
SUBJECT OF APPEAL (please check one):

Owner ___        Agent ___        Neighbor ___        Other ___

(If you checked "other" explain your interest) _____

_____

_____.

_____

8.  IDENTIFY DATE OF THE NOTICE TO REMEDY VIOLATIONS FROM
WHICH THIS APPEAL IS BEING TAKEN AND ATTACH A COPY OF SUCH
NOTICE TO THIS PETITION.

_____

Exhibit
#9

**9.** IDENTIFY THE SPECIFIC VIOLATIONS (WITH CODE SECTIONS) THAT YOU ARE APPEALING AS THEY ARE LISTED IN THE <u>NOTICE TO REMEDY VIOLATION</u>. Add more pages if necessary.

_____

_____

_____

_____

_____

_____

**10.** IDENTIFY THE ALLEGED GROUND(S) AND GIVE EXPLANATION(S) FOR THIS APPEAL:

_____

_____

_____

_____

_____

Appellant's affadavit:

I swear or affirm, under penalty of law, that the information contained in this application, as well as any pages appended hereto that bear my signature, is true.

Date:_____        _____

                                        Signature of Appellant/Applicant



# Elgin

CITY OF ELGIN     150 DEXTER COURT

*Exhibit*
*#B 10*

TELEPHONE 708/931-6100
FAX 708/931-5610

FOR HEARING IMPAIRED
TDD 708/931-5616

ELGIN, ILLINOIS 60120-5555

March 8, 1995

Adella Bedwell
706 Douglas Ave
Elgin IL,  60120

Re: Neighborhood Walk Program
Inspection Address:  706 Douglas Ave

To:  Adella Bedwell

The Department of Code Administration and Preservation has been
in your neighborhood recently conducting a systematic exterior
inspection of all properties.  The property owned or controlled
by you and located at the above address was inspected as part of
this program.

At the time of this inspection, violations of the BOCA Property
Maintenance Code or other codes adopted by the City of Elgin
were observed.  These violations are detailed in the enclosed
attachment.

Our goal as a community is to provide a safe, enjoyable place
for all residents in which to live.  By working together we can
accomplish this goal.

Please review the list of violations carefully and take the
necessary steps to bring this property into compliance.  A
follow-up  inspection  will  be  conducted  on  or  about
03/14/95.    If  you  have  any  questions  regarding  these
violations or need additional time to gain compliance, please
contact  me  as  soon  as  possible  at  (708)  931-5942.  Your
cooperation will be greatly appreciated.

Sincerely

Joe Kruse
Code Enforcement Officer
Department of Code Administration

Attachment

CC:



Exhibit 11





**CITY OF ELGIN**          **150 DEXTER COURT**

TELEPHONE 708/931-5100
FAX 708/931-5610

FOR HEARING IMPAIRED
TDD 708/931-5616

**ELGIN, ILLINOIS 60120-5555**

March 20, 1995

Ms. Adella Bedwell
706 Douglas
Elgin, Illinois  60120

RE: 706 Douglas

94-4554

Dear Ms. Bedwell:

We acknowledge receipt of your request for a time extension.

Reinspection has been postponed to 8/31/95.

Your appeal for the guardrail on front porch is acknowledged
and being processed.  You will be notified of future
requirements.

If you have any questions regarding this extension please
contact Adam Garcia at 931-5932.

Sincerely,

CITY OF ELGIN

Joe Kruse, Inspector
DEPARTMENT OF CODE ADMINISTRATION

Exhibit # ≋ 12

Faxed. 3/13/95

Fax # 708 232-1467

Clay Pearson
Assistant City Manager
City of Elgin
150 Dester Court
Elgin, Il. 60120

I have requested a time and date from Joe Webb, Depaerment of Code
Administration to appear before the Board of Appeals concerning
the inspection complaint of 706 Douglas Ave, Elgin, Il.

Adella Bedwell

Adella Bedwell
706 Doughlas Ave.
Elgin, Il. 60120

Exhibit 13

FAX# 708 232-1467

Mr. Rich Helwig

City Manager of Elgin
150  Dexter Court
Elgin, Il 60120

I have requested a time and date from Joe Webb, Department of
Code Administration to appear before the Board of Appeals
concerning the inspection complaint of 706 Douglas Avenue,
Elgin, Il.

Sincerely yours,

*Adella Bedwell*

Adella Bedwell
706 Douglas Avenue
Elgin, Il. 60120

Exibet #14

March 13, 1994

Adella Bedwell
706 Douglas Avenue
Elgin, Il, 60120

Mr. Joe Webb
Department of Code Administration
City of Elgin
150 Dexter Court
Elgin, IL 60120

Dear Mr. Webb

Please set up a time and date for me to appear before the Board
of Appeals concerning the Department of Code administrations
complaint about 706 Douglas Avenue Elgin, IL.

Sincerely,

Adella Bedwell

*Adella Bedwell*

CC: Rick Helwig
    Clay Pearson



**Elgin**

CITY OF ELGIN

$Exhibit$ 番号
$15$

150 DEXTER COURT

TELEPHONE 708/931-6100
FAX 708/931-5610

FOR HEARING IMPAIRED
TDD 708/931-5816

ELGIN, ILLINOIS 60120-5555

February 21, 1995

Adella Bedwell
706 Douglas Ave
Elgin IL, 60120

Re: Neighborhood Walk Program
Inspection Address:  706 Douglas Ave

To:  Adella Bedwell

The Department of Code Administration and Preservation has been
in your neighborhood recently conducting a systematic exterior
inspection of all properties.  The property owned or controlled
by you and located at the above address was inspected as part of
this program.

At the time of this inspection, violations of the BOCA Property
Maintenance Code or other codes adopted by the City of Elgin
were observed.  These violations are detailed in the enclosed
attachment.

Our goal as a community is to provide a safe, enjoyable place
for all residents in which to live.  By working together we can
accomplish this goal.

Please review the list of violations carefully and take the
necessary steps to bring this property into compliance.  A
follow-up  inspection  will  be  conducted  on  or  about
03/09/95.   If  you  have  any  questions  regarding  these
violations or need additional time to gain compliance, please
contact  me  as  soon  as  possible  at  (708)  931-5942.  Your
cooperation will be greatly appreciated.

Sincerely

Joe Kruse
Code Enforcement Officer
Department of Code Administration

Attachment

CC:



**ATTACHMENT**                  $Exhibit$ # 16

February 21, 1995

Owner/Occupant:    Adella Bedwell
Violation Address: 706 Douglas Ave,
Case No:           94-00004554

## VIOLATION LIST

Pursuant to Chapter 16.48 of the Elgin Municipal Code, all
inspections <u>after</u> the first re-inspection, which are required due
to non-compliance, will be charged a re-inspection fee of $30.
Failure to pay this fee will result in court action.

Section PM-111.0 of the BOCA Property Maintenance Code/1990
states that any person effected by any notice which has been
issued in connection with the enforcement of any provision of
this code or other applicable code, may appeal said notice to the
Property Maintenance Board of Appeals.   All appeals must be
submitted, in writing, within 20 days of service of the notice. A
hearing will be conducted at the next regularly scheduled Board
meeting and a finding will be rendered within 7 days of the
hearing.

-----------------------------------------------------------------
A WRITTEN TIME EXTENSTION IS REQUIRED LISTING REQUESTED
REINSPECTION DATE, BEFORE REINSPECTION DUE DATE.
MISSING ON FIRST FLOOR PORCH AREA, DROPPED IS OVER 30".
Section PM-301.10 of the BOCA Property Maintenance Code
requires all exterior stairs more than four (4) risers in
height to have a handrail on at least one side and every
open portion of a stair, landing, or balcony in excess of
thirty (30) inches above the ajoining grade shall have
guardrails.
-----------------------------------------------------------------
HOME HAS A LITTLE PEELING STAIN OR PAINT.
Section PM-302.5 of the BOCA Property Maintenance Code
requires all structures to be properly surface coated to
prevent the deterioration or decay of the structure.

1



# Elgin

*Exhibit* ⊢ 🗅 TELEPHONE 708/931-610
17    FAX 708/931-561

FOR HEARING IMPAIRE
TDD 708/931-5616

**CITY OF ELGIN**          **150 DEXTER COURT**          **ELGIN, ILLINOIS 60120-555**

December 22, 1994

Adella Bedwell
706 Douglas Ave
Elgin IL,   60120

Re: Neighborhood Walk Program
Inspection Address:   706 Douglas Ave

To:  Adella Bedwell

The Department of Code Administration and Preservation has been
in your neighborhood recently conducting a systematic exterior
inspection of all properties.   The property owned or controlled
by you and located at the above address was inspected as part of
this program.

At the time of this inspection, violations of the BOCA Property
Maintenance Code or other codes adopted by the City of Elgin
were observed.   These violations are detailed in the enclosed
attachment.

Our goal as a community is to provide a safe, enjoyable place
for all residents in which to live.   By working together we can
accomplish this goal.

Please review the list of violations carefully and take the
necessary steps to bring this property into compliance.   A
follow-up   inspection   will   be   conducted   on   or   about
01/19/95.    If   you   have   any   questions   regarding   these
violations or need additional time to gain compliance, please
contact   me   as   soon   as   possible   at   (708)   931-5942.   Your
cooperation will be greatly appreciated.

Sincerely

Joe Kruse
Code Enforcement Officer
Department of Code Administration

Attachment

CC:



Printed on recycled paper

Exhibit 18

**ATTACHMENT**

December 22, 1994

Owner/Occupant: Adella Bedwell
Violation Address: 706 Douglas Ave,
Case No: 94-00004554

## VIOLATION LIST

Pursuant to Chapter 16.48 of the Elgin Municipal Code, all inspections after the first re-inspection, which are required due to non-compliance, will be charged a re-inspection fee of $30. Failure to pay this fee will result in court action.

Section PM-111.0 of the BOCA Property Maintenance Code/1990 states that any person effected by any notice which has been issued in connection with the enforcement of any provision of this code or other applicable code, may appeal said notice to the Property Maintenance Board of Appeals. All appeals must be submitted, in writing, within 20 days of service of the notice. A hearing will be scheduled within 10 days of receipt of the appeal or at the next regularly scheduled Board meeting and a finding will be rendered within 7 days of the hearing.

---------------------------------------------------------------

A WRITTEN TIME EXTENSTION IS REQUIRED LISTING REQUESTED REINSPECTION DATE.
MISSING ON FIRST FLOOR PORCH AREA, DROPPED IS OVER 30".
Section PM-301.10 of the BOCA Property Maintenance Code requires all exterior stairs more than four (4) risers in height to have a handrail on at least one side and every open portion of a stair, landing, or balcony in excess of thirty (30) inches above the ajoining grade shall have guardrails.
---------------------------------------------------------------

HOME HAS A LITTLE PEELING STAIN OR PAINT.
Section PM-302.5 of the BOCA Property Maintenance Code requires all structures to be properly surface coated to prevent the deterioration or decay of the structure.

1

Exhibit 19

**ELGIN**
THE CITY IN THE SUBURBS

FIFTH THIRD BANK
ELGIN, ILLINOIS

70-2390/719

Check No.
245098

**245098**

**DATE:** 12/28/18

**CITY OF ELGIN, ILLINOIS**

TWELVE AND 83/100 DOLLARS

**PAY** $********12.83

Check void after 180 days

**PAY TO THE ORDER OF:**

BEDWELL, ANGELA
706 DOUGLAS AVE
C/O DAN EVANS
ELGIN IL   60120-3636

_City Mayor_

_Chief Financial Officer_

⑈245098⑈ ⑆071923909⑆ 7237255638⑈

| VENDOR: | BEDWELL, ANGELA | | | VENDOR NO. | 7205 |
|---|---|---|---|---|---|

| Date Paid: | 12/28/18 | Remarks: |
|---|---|---|
| Check No.: | 245098 | |
| Amount Paid:$ | ****12.83 | |

245098

| P.O. Number | Invoice Number | Invoice Date | Account Number | Net Amount |
|---|---|---|---|---|
| | 000001740 | 12/19/18 | 401-0000-071.25-01 | ****12.83 |

Exibit A

CHECK TOTAL: $   ****12.83



**CITY OF ELGIN**

**150 DEXTER COURT**

TELEPHONE 708/931-6100
FAX 708/931-5610

FOR HEARING IMPAIRED
TDD 708/931-5816

**ELGIN, ILLINOIS 60120-5555**

March 8, 1995

Adella Bedwell
706 Douglas Ave
Elgin IL, 60120

Re: Neighborhood Walk Program
Inspection Address: 706 Douglas Ave

To: Adella Bedwell

The Department of Code Administration and Preservation has been
in your neighborhood recently conducting a systematic exterior
inspection of all properties. The property owned or controlled
by you and located at the above address was inspected as part of
this program.

At the time of this inspection, violations of the BOCA Property
Maintenance Code or other codes adopted by the City of Elgin
were observed. These violations are detailed in the enclosed
attachment.

Our goal as a community is to provide a safe, enjoyable place
for all residents in which to live. By working together we can
accomplish this goal.

Please review the list of violations carefully and take the
necessary steps to bring this property into compliance. A
follow-up inspection will be conducted on or about
03/14/95. If you have any questions regarding these
violations or need additional time to gain compliance, please
contact me as soon as possible at (708) 931-5942. Your
cooperation will be greatly appreciated.

Sincerely

Joe Kruse
Code Enforcement Officer
Department of Code Administration

Attachment

CC:



Exhibit 21

March 8, 1995

Owner/Occupant:    Adella Bedwell
Violation Address: 706 Douglas Ave,
Case No:           94-00004554

## VIOLATION LIST

Pursuant to Chapter 16.48 of the Elgin Municipal Code, all inspections <u>after</u> the first re-inspection, which are required due to non-compliance, will be charged a re-inspection fee of $30. Failure to pay this fee will result in court action.

Section PM-111.0 of the BOCA Property Maintenance Code/1990 states that any person effected by any notice which has been issued in connection with the enforcement of any provision of this code or other applicable code, may appeal said notice to the Property Maintenance Board of Appeals. All appeals must be submitted, in writing, within 20 days of service of the notice. A hearing will be conducted at the next regularly scheduled Board meeting and a finding will be rendered within 7 days of the hearing.

-----------------------------------------------------------------
A WRITTEN TIME EXTENSION IS REQUIRED LISTING REQUESTED
REINSPECTION DATE, BEFORE REINSPECTION DUE DATE.
A CITATION AND COURT ACTION MUST BE STARTED, IF EXTENTION
REQUEST IS NOT RECEIVED BY REINSPECTION DUE DATE.
-----------------------------------------------------------------
MISSING ON FIRST FLOOR PORCH AREA, DROP    IS OVER 30".
Section PM-301.10 of the BOCA Property Maintenance Code
requires all exterior stairs more than four (4) risers in
height to have a handrail on at least one side and every
open portion of a stair, landing, or balcony in excess of
thirty (30) inches above the ajoining grade shall have
guardrails.
-----------------------------------------------------------------
HOME HAS A LITTLE PEELING STAIN OR PAINT.
Section PM-302.5 of the BOCA Property Maintenance Code
requires all structures to be properly surface coated to
prevent the deterioration or decay of the structure.

1

Exh: B.1 #
Z2

January 7, 1995


Mr. Michael Milliken
City Hall - Housing
150 Dexter Court
Elgin, Illinois 60120-5555

Dear Mr. Milliken:

Re: Residence at 706 Douglas Avenue, Elgin

I purchased my home at 706 Douglas Avenue in 1987. It was the
PITS, believe me. I was irritated that the owner had allowed this
property to run down hill. It was affecting the entire
neighborhood.

After I purchased it and the former owner stopped by, I realized
that she deliberately allowed the deterioration of this property
and assumed that I was going to let it deteriorate further. I
couldn't believe it. We exchanged a few words after I told her I
would not let it deteriorate further, and told her that I
remembered when this was a beautiful home. She was angry at the
neighborhood and I guess she figured this was her way to get back
at them.

We rehabbed it part way. This home is over 100 years old and I
had to replace things that had been removed from the house. There
were no fixtures at all. The walls had huge holes in them. The
yard was full of rubbish and trash and overgrown with weeds.

The roof to the garage was gone and the roof to the house was full
of holes. Squirrels and birds were living in the attic. On top
of this, there were three apartments in the house.

I called the Real Estate Dealer and he said the house was really
zoned for single family dwelling and that is what I went back to.

After I repaired the house, the entire Neighborhood started to fix
up. You could see them raking, getting rid of their trash etc.
I felt that I accomplished what I had wanted to do.

Because of the terrific heat expense and my husband not being well,
the Side and Back porches were enclosed. The architect said that
I couldn't enclose the front porch because it would ruin the
historic structure of the house. All of the wrought iron on this
house had to be repaired on site because of it's age.

The historical value of this house can never be discounted. The



Exhibit 23

architectural work inside is beautiful and original.  Door knobs and scutcheon plates were all restored by a man in Hoffman Estates.

The fire places have the original tiles which have been restored. The are left as coal burning and we do not use them.

Now, the City of Elgin wants railings.  The architect already told me that this was not feasible.  The gutters which we put on can not be on the round area so the Lovell Street side has commercial gutters to catch the water.  The rain comes straight down on the curves of the porch.  Mr. Garcia said he wanted wood railings.  The architect said to me "you can't disturb the Historical front of the house"; and I am doing all I can about the lousy paint job.  This in the hands of the lawyer.

This house is in the process of going on the Historical Register. The painter just looked at my white hair and age and decided he had a pigeon.  The paint company Sherwin Williams said that it was not the paint.  The painter did not have the surface ready.  He used the wrong kind of paint on this wood.

I was widowed in June and I am trying to stay in this home.  I know that there are people moving out of this neighborhood.  These people are bitter.  I do not want to move.  My backyard neighbor has already moved out.  The term single family dwelling is a Joke on Douglas Avenue.  The brick apartment on the corner of Douglas and Lovell is now a three apartment building with living quarters in the basement.  The house at 714 Douglas has renters in the basement; a family of three.  This means more disturbance and more cars.

I am convinced that the only way Elgin will become better off is with an Aldermanic type of government.

Mr. Milliken, I am a social worker and when I come home at night, that 100 year old house is a joy.  So it took 11 weeks to restore the front stairs.  To me it was worth it.

I am enclosing photos of the Porch showing the curvature.  The front gate is always padlocked so no one can come on the porch. The architect said the historical value would be ruined it I did anything to disturb the column effect of the porch.

Sincerely,

Adella Bedwell

Adella Bedwell,

 —— City of Elgin ——

Mayor
Ed Schock

Council Members
Richard G. Dunne
Robert Gilliam
David J. Kaptain
John H. Prigge
F. John Steffen
Mike Warren

City Manager
Sean R. Stegall

March 12, 2010

Adella Bedwell
706 Douglas Avenue
Elgin, IL 60120

Re:     Property Improvement Grant Program
        Exterior Paint Grant - 706 Douglas Avenue

Dear Ms. Bedwell:

This letter is to inform you that the property at 706 Douglas Avenue has been chosen to receive funding from the 2010 Exterior Paint Grant program. The City of Elgin is allocating a grant amount not to exceed $ 2,500 for this project.

An exterior inspection will be conducted by a Code Enforcement Officer for any property maintenance code violations on the property. If any code violations are cited, they will need to be corrected before final grant funds can be dispersed. Your presence is not required because the inspection will be strictly exterior and you have provided a signed inspection permission slip.

Enclosed, please find the grant agreement outlining the details of the program. After reviewing the agreement and if it meets your expectations, sign and return it to my attention. You have 30 days from the date of this letter. If the signed agreement is not returned within the required timeframe, the funding may be transferred to another project.

When the work has been completed, please contact me so a final inspection can be scheduled. Receipts and waivers of lien will need to be submitted before the funds can be disbursed. Checks are normally issued within 2 - 3 weeks after all paperwork has been received. Your deadline to complete the grant project is 12 months from the date of the signed agreement.

Congratulations on your entry into Elgin's Property Improvement Grant Program. Your commitment to your home, in partnership with the City of Elgin is something to be proud of. If you have any questions about your grant or the program in general, please contact me at (847) 931-6004.

Sincerely,

Jennifer Fritz-Williams, Historic Preservation Specialist
Planning and Neighborhood Services
Community Development Group

150 Dexter Court • Elgin, IL 60120-5555 • Phone 847/931-6100 • Fax 847/931-5610 • TDD 847/931-5616
www.cityofelgin.org
Printed on recycled paper



*Exhit #*
*26*

**CITY OF ELGIN**          **150 DEXTER COURT**

TELEPHONE 708/931-6100
FAX 708/931-5610

FOR HEARING IMPAIRED
TDD 708/931-5616

**ELGIN, ILLINOIS 60120-5555**

October 17, 1995

ADELLA BEDWELL
706 DOUGLAS AVE
ELGIN IL 60120

**CASE NUMBER:** 94-00004554
**PROPERTY LOCATION:** 706 **DOUGLAS AVE,**

TO: ADELLA BEDWELL

Recently an inspection was conducted by the Department of Code
Administration at the above referenced property which is owned or
controlled by you.

As a result of this inspection, violations of the BOCA Basic
Property Maintenance Code or other codes maintained by the City
of Elgin were observed. The attached page(s) list these
violations.

The violations listed in this letter must be corrected by
11/10/95 unless otherwise noted on the attached violation
list. Failure to comply with this order may result in the
issuance of citations and/or court action.

If you have any questions regarding this notice or if you are not
able to meet the compliance timeframes as set herein, it is
important that you contact me at (708) 931-5942. to
discuss possible alternatives.

**IN THE INTEREST OF LIFE AND FIRE SAFETY, THE INSTALLATION OF
SMOKE DETECTORS IS REQUIRED BY ILLINOIS STATE LAW.**

Sincerely,

CITY OF ELGIN

Joe Kruse
Code Enforcement Officer
DEPARTMENT OF CODE ADMINISTRATION

Attachment





*Exhibit B*
*27*

## *Office of the Mayor*

150 DEXTER COURT
ELGIN. ILLINOIS 60120

*Kevin Kelly*
MAYOR

708/931-5595
Fax 708/931-5610

October 31, 1995

Ms. Adella Bedwell-Wells
706 Douglas Avenue
Elgin, IL  60120

Dear Ms. Wells:

Thank you for your letter of October 24 regarding prob-
lems you are having with our Code Administration and Neighbor-
hood Affairs Department.  I am forwarding your correspondence
to Clay Pearson, department director, for his consideration.

The city is currently pursuing a policy of identifying
the worst properties in the community and concentrating its
code enforcement efforts on those properties.  After reading
your letter, it appears you are a responsible property owner
that is attempting to renovate your property in a way that
will enhance the neighborhood.  I am confident that if this is
the case, the city will treat you accordingly.

Please feel free to contact me regarding this or any
other matter of concern to you in the future.  Your commitment
to the improvement of the Elgin community is greatly appreci-
ated.

Sincerely,

Kevin Kelly
Kevin Kelly

KK/skg

cc:  Clay Pearson

Exhibit E
28

April 3, 1995

Office of the Mayor
George Van De Voorde
150 Dexter Court
Elgin, IL 60120

Hi George,

I received the letter about the Spring/Douglas corridor being a potential Historic District.

The trials and tribulations I have had with this city since becoming a Widow, should be made into a book. Number one, my home is over one hundred years old. I am limited as to what I can do both financially and architecturally. This home was on the way to being placed on the Historic Register until the city stepped in. We researched it, filled out the necessary data and photos were taken.

Now the City demands that I put railings on the porch (per code) which would change the architectural integrity of the house as well as look out of character. Mr Garcia, when told that the railings were impossible because of the curvature, remarked "Put up wood railings. We don't care what it looks like; we have to enforce the code or we will lose our jobs." There is no way to enter my property because the gate is padlocked. I am the only one on that porch at any time.

Everything stopped as far as I was concerned about going on the Historic Register when the City demanded that I change the structure. When my architect talked to Garcia to explain that wood railings would not go with it, Garcia told him to add on to the porch with wood and square it off. What is the matter with those people?

Secondly, in February, a letter came out of Joe Webbs Department telling me to paint. To make matters worse, it was 34 degrees out when I called, and some jerk in that Department said "It should only take two days to paint that house and I will give you the name of a painter I throw business to, he does a great job. I help him and he helps me." The Department head should be changed. He is out of touch with reality.

The painter I contacted previously told me that the house can not be power washed or sand blasted. It is made of real soft pine. It must be entirely re-scraped, board by board. He complimented me on not allowing the house to be damaged by incompetent "painters". This procedure will take time, not 2 days like the code enforcement department says.

I thought you should hear first hand what the City is doing for homeowners interested in placing their homes on the Historical Register.

Sincerely,

Adella Wells

Adella Wells
706 Douglas Avenue
Elgin, Illinois



—City of Elgin—

$Exhibit \ \text{#} \ \text{#}$
$29$

Mayor
*Ed Schock*

Council Members
*Richard G. Dunne*
*Robert Gilliam*
*David J. Kaptain*
*John H. Prigge*
*F. John Steffen*
*Mike Warren*

City Manager
*Sean R. Stegall*

June 1, 2010

Dear City of Elgin Homeowner:

Thank you for your interest in the Residential Rehabilitation Program. **Applications are available beginning June 1, 2010 and must be submitted by 5:00 p.m. on June 30, 2010.** Please complete the attached application, questionnaire, and required documents per the checklist, and drop off or mail to: Community Development Department, Attention: Crystal McGuire, 150 Dexter Court, Elgin, IL 60120. Only one application per household is permissible.

The Federal funds for the program are received though the Department of Housing and Urban Development (HUD) every year. The funding is limited and available for exterior rehabilitation of approximately 50 properties depending on the extent of the project and available funding. The maximum amount per household is between $10,000 to $15,000, depending on the household size and income.

An application number will be used in a random selection of properties to receive funding for the 2010/2011 project year. **The random selection of properties will be conducted on Friday, July 2, 2010, at 2:00 p.m. in the Community Development Department Conference Room, 150 Dexter Court, Elgin, IL 60120.** Applicants are welcome to attend the random selection. Selected owners will be notified and an appointment to determine eligibility will be scheduled. All others will be contacted via mail and put on a waiting list. Homeowners may reapply when funding is available. Grant funds are not guaranteed.

For your reference, the program administrative guidelines are included in this packet. For additional questions, please call the Community Development Department at (847) 931-5920 or at (847) 931-5939.

Sincerely,

Crystal McGuire
Planning & Neighborhood Services

Enclosures

Printed on recycled paper

EXHIBIT E
30

## RESIDENTIAL REHABILITATION GRANT PROGRAM
## REQUIRED DOCUMENTAION CHECKLIST

*Please drop off the following documents with your application.*

- Proof of Ownership:   Recent Real-Estate Tax Bill **or** Title
- Proof of Income:   Provide items listed below for everyone in the household (if applicable).
    1 – Recent 1040 Federal Tax Return (2009)
        a) W2 for 2009
        b) 2009 Federal Income tax 1040 packet (all pages)
    2 - Social Security Benefits – Yearly Statement
    3 – Social Security Benefits – Monthly Statement
    4 – Pensions/Annuities
    5 – Child Support, Alimony
    6 – Disability, Workman's Comp, Unemployment stubs
    7 – Proof of any other household income.
    8 – Six months of recent pay stubs
- Recent Mortgage Statement
- Picture I.D.:   Drivers License **or** State I.D.
- Plat of Survey  (For Rental Units Only)
- *Tenant Application (for Rental Units Only) for each unit.
- *Tenant IRS Transcript verification 4506-T form
- *Tenant signed lead pamphlet receipt notice.
- Tenant Income for each occupant to every unit in the rental property. This includes 2009 W2 forms and most recent proof income stubs for the last 3 months.

### *The Residential Rehabilitation Grant is federally funded through HUD and may require additional documentation to establish program eligibility.*

This complete eligibility process and program may require two office appointments. An inspection of the property will be conducted once eligibility is established. The owner is responsible for obtaining two estimates for the approved work once the inspection is completed.

Once a contractor is selected (lowest bidder), an agreement will be executed. A 'Notice to Proceed' will be issued to the contractor to begin work.   Payment for work completed will not be issued until the 'Request for Payment' is returned signed by both the homeowner and the contractor as well as an invoice is submitted.

Notes: _____
_____
_____
_____
_____



Exhibit 31

TELEPHONE 708/931-6100
FAX 708/931-5610

FOR HEARING IMPAIRED
TDD 708/931-5616

**CITY OF ELGIN**          **150 DEXTER COURT**          **ELGIN, ILLINOIS 60120-5555**

September 27, 1995

ADELLA BEDWELL
706 DOUGLAS AVE
ELGIN IL    60120

**CASE NUMBER:          94-00004554**
**PROPERTY LOCATION: 706 DOUGLAS AVE,**

TO: ADELLA BEDWELL

Recently an inspection was conducted by the Department of Code
Administration at the above referenced property which is owned or
controlled by you.

As a result of this inspection, violations of the BOCA Basic
Property Maintenance Code or other codes maintained by the City
of Elgin were observed. The attached page(s) list these
violations.

The violations listed in this letter must be corrected by
**10/16/95** unless otherwise noted on the attached violation
list. Failure to comply with this order may result in the
issuance of citations and/or court action.

If you have any questions regarding this notice or if you are not
able to meet the compliance timeframes as set herein, it is
important that you contact me at (708) 931-5942. to
discuss possible alternatives.

**IN THE INTEREST OF LIFE AND FIRE SAFETY, THE INSTALLATION OF**
**SMOKE DETECTORS IS REQUIRED BY ILLINOIS STATE LAW.**

Sincerely,

CITY OF ELGIN

Joe Kruse
Code Enforcement Officer
DEPARTMENT OF CODE ADMINISTRATION

Attachment



**ATTACHMENT**

$Ex h_i b_i + \cancel{\text{#} \text{$E$}}$
$32$

October 17, 1995

Owner/Occupant:      Adella Bedwell
Violation Address: 706 Douglas Ave,
Case No:            94-00004554

## VIOLATION LIST

Pursuant to Chapter 16.48 of the Elgin Municipal Code, all inspections after the first re-inspection, which are required due to non-compliance, will be charged a re-inspection fee of $30. Failure to pay this fee will result in court action.

Section PM-111.0 of the BOCA Property Maintenance Code/1990 states that any person effected by any notice which has been issued in connection with the enforcement of any provision of this code or other applicable code, may appeal said notice to the Property Maintenance Board of Appeals.  All appeals must be submitted, in writing, within 20 days of service of the notice. A hearing will be conducted at the next regularly scheduled Board meeting and a finding will be rendered within 7 days of the hearing.

-----------------------------------------------------------------
A WRITTEN TIME EXTENSTION IS REQUIRED LISTING REQUESTED
REINSPECTION DATE, BEFORE REINSPECTION DUE DATE.
A CITATION AND COURT ACTION MUST BE STARTED, IF EXTENTION
REQUEST IS NOT RECEIVED BY REINSPECTION DUE DATE.
-----------------------------------------------------------------
HOME HAS A LITTLE PEELING STAIN OR PAINT.
Section PM-302.5 of the BOCA Property Maintenance Code
requires all structures to be properly surface coated to
prevent the deterioration or decay of the structure.

1

Exhibit 60

