# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Dan T Evans, | Case No. 1:18-cv-05344 |
| Plaintiff, | |
| v. | Judge: Hon. John Blakey |
| Nationstar Mortgage, LLC, et al., | Magistrate: Hon. Maria Valdez |
| Defendant. | |

## UNOPPOSED MOTION FOR ATTORNEY PATRICK D. JOYCE TO WITHDRAW AS ASSIGNED SETTLEMENT ASSISTANCE COUNSEL

Attorney Patrick D. Joyce hereby moves to withdraw as counsel of record for Plaintiff Dan T. Evans because he has completed his assignment as settlement assistance counsel pursuant to Docket # 122. Pursuant to this Court's procedures, Mr. Joyce met and conferred with Defendant's counsel, Caleb Halberg, on September 20, 2023. Mr. Halberg indicated that Defendant would not oppose this motion. Because Mr. Joyce's withdrawal will leave Plaintiff without representation, the required "Notification of Party Contact Information" is attached as Exhibit A.

WHEREFORE, Mr. Joyce respectfully requests that the Court grant him leave to withdraw as assigned settlement counsel.

DATED: September 20, 2023

Respectfully submitted,
Dan T Evans

By: */s/ Patrick D. Joyce*

His Limited Attorney

Patrick D. Joyce, Bar No. 6309361
pjoyce@seyfarth.com
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Telephone: (206) 946-4910
Facsimile: (206) 946-4901

98636529v.1

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he caused a copy of the above UNOPPOSED MOTION FOR ATTORNEY PATRICK D. JOYCE TO WITHDRAW AS ASSIGNED SETTLEMENT ASSISTANCE COUNSEL to be served upon the following counsel of record via ECF transmission, this 20th day of September, 2023.

Caleb J. Halberg
Dykema Gossett PLLC
10 S. Wacker
Suite 2300
Chicago, IL 60606
312-627-2264
Email: chalberg@dykema.com

Philip J Schroeder
Mccalla Raymer Leibert Pierce, Llc
1 N. Dearborn
#1200
Chicago, IL 60602
(312) 676-7388
Fax: Not a member
Email: phil.schroeder@mccalla.com

*Attorneys for Nationstar Mortgage*

                                          */s/ Patrick D. Joyce*
                                          Patrick D. Joyce